1

2

3

4                   IN THE UNITED STATES DISTRICT COURT

5                 FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    JAMES E. SMITH,                      CASE NO. 1:09-cv-00253 LJO DLB PC

8                 Plaintiff,              _____ ORDER DISMISSING ACTION,
                                          WITHOUT PREJUDICE, FOR
9         vs.                             FAILURE TO PAY FILING FEE

10   HARRINGTON, et al.,                  (Doc. 6)

11                Defendants.
     _____/
12

13        Plaintiff James E. Smith ("plaintiff") is a prisoner proceeding pro se in a civil rights action

14   pursuant to 42 U.S.C. § 1983.  On April 1, 2009, pursuant to 28 U.S.C. § 1915(g), the court found

15   Plaintiff ineligible to proceed  in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in

16   full within twenty days.  Plaintiff was warned that the failure to obey the court's order would result in

17   dismissal of this action, without prejudice.  More than twenty days have passed and plaintiff has not

18   complied with or otherwise responded to the court's order.

19        Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to

20   obey the court's order to pay the $350.00 filing fee.

21   IT IS SO ORDERED.

22   **Dated:   July 23, 2009**          _____ **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28